IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17cv5

| | |
|---|---|
| ELIZABETH M.T. O'NAN and ELIZABETH M.S. O'NAN, )<br><br>Plaintiffs, )<br><br>v. )<br><br>NATIONWIDE INSURANCE COMPANY, et al., )<br><br>Defendants. ) | ORDER |

Pending before the Court are the Motions to Dismiss [# 14, # 15 & # 16]. After Defendants filed their Motions to Dismiss, Plaintiffs filed an Amended Complaint. The filing of an amended pleading supersedes the original pleading and renders it void of any legal function in the case. Young v. City of Mount Ranier, 238 F.3d 567, 572 (4th Cir. 2001). Accordingly, the Court **DENIES as moot** the Motions to Dismiss [# 14, # 15 & # 16].

Signed: February 3, 2017

Dennis L. Howell
United States Magistrate Judge

1