**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17cv5**

| | | |
|---|---|---|
| ELIZABETH M.T. O'NAN and ELIZABETH M.S. O'NAN, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| NATIONWIDE INSURANCE COMPANY, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

Pending before the Court is the Motion for Permission to Use E-Filing and Speaker Phone [# 22]. Plaintiff requests permission to use e-filing as a result of her alleged disability. In addition, Plaintiff requests leave to appear by speaker phone at hearings. Pursuant to Section I.A.1 of the Administrative Procedures Governing Filing and Service by Electronic Means (revised Jan. 1, 2012), *pro se* parties are prohibited from electronic filing. In addition, this Court does not allow parties to appear at hearings via speaker phone. Parties, or their counsel, must appear in person for all hearings before this Court. Accordingly, the Court **DENIES** the Motion [# 22].

1

Signed: February 3, 2017

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge