IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17cv5

| | |
|---|---|
| ELIZABETH M.T. O'NAN and ELIZABETH M.S. O'NAN, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NATIONWIDE INSURANCE )<br>COMPANY, et al., )<br>)<br>Defendants. )<br>_____ ) | ORDER |

Pending before the Court is the Motion for Order for Informal Phone Conference [# 21]. Plaintiffs move for an informal phone conference to address the pending Motion to Remand. The District Court will determine whether a hearing on the motion is warranted and, if so, direct the parties to appear for a hearing. Neither this Court nor the District Court, however, will hold an informal teleconference with the parties to address the Motion to Remand. Accordingly, the Court **DENIES** the Motion [# 21].

Signed: February 7, 2017

Dennis L. Howell
United States Magistrate Judge

