IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17cv5

| | |
|---|---|
| ELIZABETH M.T. O'NAN and ELIZABETH M.S. O'NAN, ) ) ) ) **Plaintiffs,** ) ) v. ) ) NATIONWIDE INSURANCE ) COMPANY, et al., ) ) **Defendants.** ) | **ORDER** |

Pending before the Court is the Motion to Stay [# 25]. Plaintiff moves to stay this case pursuant to 10 U.S.C. §7722. Section 7722 addresses staying a case in time of war when the Secretary of the Navy certifies to the Court that the prosecution of the suit would endanger the security of naval operations in the war. Plaintiff is not the Secretary of the Navy and Section 7722 has no application to this civil action. Accordingly, the Court **DENIES** the motion [# 25].

Signed: February 8, 2017

Dennis L. Howell
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.