# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:17-cv-00005-MR-DLH

| | |
|---|---|
| ELIZABETH M.T. O'NAN and ELIZABETH M.S. O'NAN, ) ) ) Plaintiffs, ) ) vs. ) ) ) NATIONWIDE INSURANCE ) COMPANY, et al., ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff Elizabeth M.T. O'Nan's motion for extension of time to file a reply brief in support of her motion to remand [Doc. 39], as amended [Doc. 46]. The Plaintiff initially requested a thirty-day extension [Doc. 39 at 1] but in her amended motion states that a seven-day extension of time is "acceptable" [Doc. 46 at 1].

For the reasons stated in the Plaintiff's motion, the Court will allow a brief extension of time, making the Plaintiff's reply brief due on March 6, 2017.

The Court notes that the Motion to Remand was signed by the Plaintiff Elizabeth M.T. O'Nan only. The other plaintiff in this action, Elizabeth M.S.

O'Nan, is not a party to the motion. In her motion for an extension of time, however, Elizabeth M.T. O'Nan seeks an extension of time for the "Plaintiffs" to file a response. As a *pro se* litigant, Elizabeth M.T. O'Nan cannot file pleadings on behalf of any other *pro se* litigant. If Elizabeth M.S. O'Nan wishes to seek any relief through the filing of a motion, she must also sign the pleading.

**IT IS, THEREFORE, ORDERED** that the Plaintiff Elizabeth M.T. O'Nan's motion for extension of time to file a reply brief in support of her motion to remand [Doc. 39], as amended [Doc. 46] is **GRANTED**, and the Plaintiff shall have through and including March 6, 2017, within which to file a reply in support of her motion to remand.

**IT IS FURTHER ORDERED** that the *pro se* Plaintiffs in this action may not file pleadings on each other's behalf. If both *pro se* Plaintiffs wish to seek any relief through the filing of a motion, both Plaintiffs must sign the pleading. Any further pleadings that are not in compliance with this requirement may be stricken from the record.

Signed: February 28, 2017

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge

2