**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:17-cv-00005-MR-DLH**

| | |
|---|---|
| **ELIZABETH M.T. O'NAN and ELIZABETH M.S. O'NAN,** ) ) ) | |
| **Plaintiffs,** ) ) | |
| **vs.** ) ) | **O R D E R** |
| **NATIONWIDE INSURANCE COMPANY, et al.,** ) ) ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Plaintiffs' "Motion to remove Elizabeth M.S. O'Nan as a co plaintiff" [Doc. 51], which the Court construes as a motion to dismiss.

For the reasons stated in the Plaintiffs' motion, and in the absence of any objection by the Defendants, the Court will grant the Plaintiffs' motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' motion [Doc. 51] is **GRANTED**, and all of the claims asserted by the Plaintiff Elizabeth M.S. O'Nan in this action are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: March 24, 2017

Martin Reidinger
United States District Judge