IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17cv5

| | |
|---|---|
| ELIZABETH M.T. O'NAN, ) ) ) Plaintiff, ) ) v. ) ) NATIONWIDE INSURANCE ) COMPANY, et al., ) ) ) Defendants. ) | ORDER |

Pending before the Court are the Motion for Medical Monitoring [# 71], Motion to Strike [# 73], Motion for Leave to File Sur Reply [# 59]. Upon a review of the Plaintiff's motions, the record, and the relevant legal authority, the Court **DENIES** the motions [# 59, # 71, and # 73].

Signed: March 28, 2017

Dennis L. Howell
United States Magistrate Judge

-1-