# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17cv5

| | |
|---|---|
| ELIZABETH M.T. O'NAN, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>) **ORDER**<br>NATIONWIDE INSURANCE )<br>COMPANY, et al., )<br>)<br>)<br>Defendants. )<br>_____ ) | |

Pending before the Court are a plethora of motions filed by Defendants and Plaintiff. In order to resolve these pending motions and conserve the resources of the parties and the Court, the Court **DIRECTS** the parties as follows:

(1) The Court **STAYS** this case.

(2) Other than as specified in this Order, neither side may file additional pleadings in this case. Any filing that does not comply with this Order will be summarily stricken from the record.

(3) Defendants shall have until April 3, 2017, to file a respond to the Motion to Amend [# 60]. Defendants' response shall not exceed

ten (10) days and should include no attachments or exhibits. Plaintiff shall have until April 10, 2017, to file any reply in further support of her Motion to Amend. Plaintiff's reply is limited to five (5) pages and shall not include any attachments or exhibits.

(4) Upon a ruling by this Court on the Motion to Amend [# 60] and the Motion to Remand [# 20] by the District Court, this Court will enter an Order directing either: (1) further briefing on the pending motions to dismiss if the Court denies the Motion to Remand and the Motion to Amend; or (2) a schedule for filling new motions to dismiss or answers if the Court denies the Motion to Remand and grants the Motion to Amend.

(5) Again, other than the briefing as directed by this Order on the Motion to Amend, neither party may file any pleading or motions with this Court until the Court directs otherwise.

(6) If some exceptional circumstance arises that either sides believes requires the filing of an additional motion or pleading with this Court, the party must first contact this Court and seek leave of Court to file such motion or pleading.

Signed: March 28, 2017

_____
Dennis L. Howell
United States Magistrate Judge