# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17cv5

| | |
|---|---|
| ELIZABETH M.T. O'NAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| NATIONWIDE INSURANCE ) | |
| COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is Plaintiff's Motion for Extension of Time [# 79]. For good cause shown, the Court **GRANTS** the motion [# 79]. Plaintiff shall have until May 24, 2017, to file her Amended Complaint.

Signed: May 4, 2017

Dennis L. Howell
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.