# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### 1:17cv5

| | |
|---|---|
| ELIZABETH M.T. O'NAN,   )  | |
| )  | |
| Plaintiff,   )  | |
| )  | |
| v.   )  | ORDER |
| )  | |
| NATIONWIDE INSURANCE   )  | |
| COMPANY, et al.,   )  | |
| )  | |
| Defendants.   )  | |

Pending before the Court is Plaintiff's Motion for Exemption of Fees [# 81]. Upon consideration of Plaintiff's motion and the record, the Court **DENIES** the motion [# 81]. Moreover, pursuant to the Court's prior Order staying the case, Plaintiff did not seek leave of Court to file her motion. (Order, Mar. 28, 2017, ECF No. 75.)

Signed: May 11, 2017

Dennis L. Howell
United States Magistrate Judge

1