**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17cv5**

| | | |
|---|---|---|
| **ELIZABETH M.T. O'NAN,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **NATIONWIDE INSURANCE** | ) | |
| **COMPANY, et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

Previously, the Court entered an Order staying this case pending a ruling on various motions. (Order, Mar. 28, 2017, ECF No. 75.)  On May 24, 2017, the Plaintiff filed her Second Amended "Petition" Complaint [# 83].  The Court will maintain the Stay in this case pending a ruling by the District Court on the Motion to Remand [# 20].  If the District Court denies the Motion to Remand, the Stay in this case will be automatically lifted and Defendants shall have thirty (30) days from the entry of the District Court's Order to answer or otherwise respond to the Plaintiff's Second Amended "Petition" Complaint.  If the District Court grants the Motion to Remand, the Superior Court will determine when to lift the stay and the

timeframe pursuant to which Defendants should answer or otherwise respond to the Second Amended "Petition" Complaint.

Signed: May 30, 2017

Dennis L. Howell
United States Magistrate Judge